IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMMED ZAKARIA MEMOM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2766 |
| | § | |
| | § | |
| DELOITTE CONSULTING, LLP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court has considered the motion filed by the plaintiff, Mohammed Zakaria Memom, for leave to exceed the page limit of his response and opposition to Deloitte Consulting LLP's motion for summary judgment, as well as the response filed opposing the additional pages. The court does not find such an abuse of the page limit as to justify denying the motion to exceed it by a few pages. The motion, (Docket Entry No. 34), is granted.

SIGNED on September 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge